IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TONI MASCIARELLI,

    Plaintiff,

v.

TOTE, INC., et al.,

    Defendants.

CASE NO. C2-10-1036
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE NORAH MCCANN KING

## ORDER OF TRANSFER

This case is hereby transferred from the docket of Judge Michael H. Watson to the docket of Judge Edmund A. Sargus, Jr.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON
United States District Judge

_____
EDMUND A. SARGUS, JR.
United States District Judge