AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TONI MASCIARELLI,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**TOTE, INC., et al.,**

**CASE NO.  C2-10-1036**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 2, 2011, JUDGMENT is hereby entered TRANSFERRING this case to the United States District Court for the Western District of Pennsylvania.**

Date: August 2, 2011                     JAMES BONINI, CLERK

                                                              */S/ Andy F. Quisumbing*
                                                              (By) Andy F. Quisumbing
                                                              Courtroom Deputy Clerk